**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE:  Docket Number 2019-CA-1291


In the Matter of Dr. Eric D. Cerwonka, Psy.D

19th Judicial District Court
Case #: 656587
East Baton Rouge Parish


On Application for Rehearing filed by Dr. Eric R. Cerwonka

Rehearing  _denied_

Page McClendon

Jewel E. "Duke" Welch

Guy Holdridge


Date  AUG 1 2 2020

Rodd Naquin, Clerk